**File Hashes for IP Address 98.221.220.218**

ISP: Comcast
Physical Location: Flemington, NJ

| Hit Date UTC | File Hash | Torrent Title | Album Title |
| --- | --- | --- | --- |
| 4/2/2015 | 338C58A6124D4AF31E26CFB73E87CEB3E982624A | Acid Bath - 1994 - When the Kite String Pops | Acid Bath – "When the Kite String Pops" |