**Copyrights In Suit for IP Address 98.221.220.218**

ISP: Comcast
Physical Location: Flemington, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Acid Bath – "When the Kite String Pops" The Blue -- Tranquilized — Cheap Vodka — Finger Paintings of the Insane - Jezebel — Scream of the Butterfly — Dr. Seuss is Dead — Dope Fiend — Toubabo Koomi - God Machine - The Mortician's Flame - What Color is Death -- The Bones of Baby Dolls - Cassie Eats Cockroaches | SR 653-785 | January 1, 1994 | June 3, 2010 | 4/2/2015 |