## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**ROTTEN RECORDS, INC.,**
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

**JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.221.220.218 , ET AL.,**
*Defendant*

CASE NUMBER: **3:15–CV–03315–MLC–DEA**

TO: *(Name and address of Defendant):*

    A lawsuit has been filed against you.

    Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Melissa M. Haneke**
(By) DEPUTY CLERK



**ISSUED ON 2015–10–26 08:37:53**, Clerk USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____        _____
                        Date                                *Signature of Server*

                                            _____
                                            *Address of Server*